UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 1

| Fashion Views Inc. |
| :-- |
| Plaintiff, |
| v. |
| UNITED STATES, Defendant. |

**SUMMONS**

Court No. 1:24-cv-00201

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 4701 | Center (if known): | |
| :-- | :-- | :-- | :-- |
| Protest Number: | 470124102865 | Date Protest Filed: | 1/3/24 |
| Importer: | Fashion Views Inc. | Date Protest Denied: | 5/17/24 |
| Category of Merchandise: | Men's, women's sleepwear; women's robes, dresses, slips; girls' garments, slips | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| :-- | :-- | :-- | :-- | :-- | :-- |
| 9ER-0537587-9 | 6/6/22 | 7/14/23 | 9ER-0539939-0 | 2/1/23 | 7/14/23 |
| 9ER-0537676-0 | 6/15/22 | 7/14/23 | 9ER-0540079-2 | 2/20/23 | 7/14/23 |
| 9ER-0537919-4 | 7/11/22 | 7/14/23 | 9ER-0540273-1 | 3/13/23 | 7/14/23 |
| 9ER-0538332-9 | 8/22/22 | 7/14/23 | 9ER-0540490-1 | 4/3/23 | 7/14/23 |
| 9ER-0538732-0 | 9/28/22 | 7/14/23 | 9ER-0540703-7 | 4/24/23 | 7/14/23 |
| 9ER-0539232-0 | 11/14/22 | 7/14/23 | 9ER-0540913-2 | 5/17/23 | 7/14/23 |
| 9ER-0539380-7 | 11/30/22 | 7/14/23 | 9ER-0541076-7 | 5/31/23 | 7/14/23 |
| 9ER-0539725-3 | 1/7/23 | 7/14/23 | | | |

Maria A. Scungio, Esq.
Cowan, Liebowitz & Latman, P.C.
114 West 47th St., New York, NY 10036-1525
mys@cll.com; (ph) 212/790-9253

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount (*Cont'd Below) | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Men's Nightshirt/PJs | 6207.21.0030 | 8.9% | PE6207.21.0030 | Duty Free |
| Women's Bathrobes | 6208.91.1010 | 7.5% | PE6208.91.1010 | Duty Free |
| Dresses Cotton Other | 6204.42.3050 | 8.4% | PE6204.42.3050 | Duty Free |
| Women's Ctn Nightdrss | 6108.31.0010 | 8.5% | PE6108.31.0010 | Duty Free |
| Women's Nightdrs PJs | 6208.21.0020 | 8.9% | PE6208.21.0020 | Duty Free |
| Oth Women's Garments | 6108.91.0030 | 8.5% | PE6108.91.0030 | Duty Free |
| Women's Tank Tops | 6109.10.0060 | 16.5% | PE6109.10.0060 | Duty Free |

### Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests: **whether the imported merchandise is eligible for duty free entry under the United States-Peru Trade Promotion Agreement Implementation Act**

| *Continued | Assessed | | Protest Claim | |
|---|---|---|---|---|
| Merchandise | Tariff Classif. | Rate | Tariff Classif. | Rate |
| Other Girl's Garments - Cotton | 6108.91.0040 | 8.5% | PE6108.91.0040 | Duty Free |
| Women's Bathrobe | 6208.92.0010 | 16% | PE6208.92.0010 | Duty Free |
| Women's/Girl's Slips - Cotton | 6208.19.2000 | 11.2% | PE6208.19.2000 | Duty Free |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Maria A. Arungo_
Signature of Plaintiff's Attorney

November 5, 2024
Date

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)